UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 12-59348

FIRAS FRANCIS YATOOMA,                                          Chapter 13

      Debtor.                                           Judge Thomas J. Tucker
_____/

**SUPPLEMENT TO THE COURT'S BENCH OPINION
GIVEN DURING THE HEARING ON SEPTEMBER 27, 2012**

      This supplements the bench opinion that the Court gave during the hearing held in this case on September 27, 2012, regarding the Motion filed by GMAC Mortgage, LLC ("GMAC"), entitled "Motion for In Rem Relief from the Automatic Stay and Relief from Co-Debtor Stay," (Docket # 17, the "Motion").

      The Court attaches a copy of the stay-relief order than was entered on June 15, 2012 in the jointly-administered Chapter 11 bankruptcy case *In re Residential Capital LLC, et al.*, Case No. 12-12020 (Bankr., S.D.N.Y.).

**Signed on September 28, 2012**                             **/s/ Thomas J. Tucker**
                                                                       **Thomas J. Tucker**
                                                                       **United States Bankruptcy Judge**